UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-23366-Civ-Scola

ANDREW KIMMEL

    Plaintiff,

v.

MIAMI-DADE COUNTY, *et al.*,

    Defendants.

_____/

**JOINT MOTION FOR 90-DAY EXTENSION
OF TIME TO COMPLETE DISCOVERY**

    The Parties to this action, Plaintiff, Andrew Kimmel ("Plaintiff"), and Defendants, Miami-Dade County (the "County") and Miami-Dade Police Department Officer Chris Smith ("Officer Smith") (together, "Defendants"), by and through undersigned counsel, hereby request a 90-day extension of time to complete discovery, which will necessarily impact all remaining pretrial deadlines as well as the September 16, 2019 trial setting, for the reason set forth herein.

    1.    Currently, the deadline to complete all fact discovery and exchange expert witness summaries/reports is **April 22, 2019**. (ECF No. 14 at 1).

    2.    This lawsuit began in state court and, on July 18, 2018, Plaintiff filed a three-count amended complaint, alleging a violation of his civil rights under 42 U.S.C. § 1983, and state law claims for false arrest/false imprisonment as well as battery. (ECF No. 1-2).

    3.    On August 20, 2018, Defendants removed the case to federal court. *See* (ECF No. 1) (Notice of Removal).

4. On August 24, 2018, Defendants filed a Motion to Dismiss Amended Complaint (ECF No. 9), which this Court granted on January 3, 2019. *See* (ECF No. 19) (Opinion Order on Motion to Dismiss dismissing the Amended Complaint without prejudice for failure to state a claim).

5. On January 10, 2019, Plaintiff filed an eight-count Second Amended Complaint for Damages (the "SAC"). (ECF No. 20).

6. The SAC raises several new claims and increases the numbered counts from three to eight.

7. On January 24, 2019, Defendants filed a Motion to Dismiss Counts II—VII of the Second Amended Complaint. (ECF No. 21).

8. Although Officer Smith answered Count I of the SAC (ECF No. 22), Officer Smith moved to dismiss all other counts against him in his individual capacity and, more importantly, the case is not yet at issue as to the County.

9. On February 1, 2019, this Court referred Defendants' motion to dismiss to United States Magistrate Judge Louis. (ECF No. 23). Barring any extensions of time, Defendants' Motion to Dismiss will be ripe for resolution on February 14, 2019.

10. Given the arguments submitted in Defendants' motion to dismiss, it is possible that the County will be dismissed from this case altogether, which affects the scope of discovery going forward and mediation as well.

11. In the meantime, the Parties have been pursuing written discovery and Defendants are in the process of scheduling the depositions of Plaintiff, who resides in New York, as well as potential eyewitnesses, who live in Texas and California.

12. Given Plaintiff's claimed injuries, Defendants will also need to schedule him for physical and psychological evaluations locally, which will require additional travel by Plaintiff.

13. Due to the logistics of scheduling depositions, traveling out of state on at least two occasions, and conflicts posed by other work demands, the Parties do not anticipate being able to complete all fact discovery by April 22, 2019.

14. In light of the procedural posture of this case, as well as the additional circumstances outlined herein, the Parties respectfully request a **90-day** extension of time to conduct discovery, through and until **July 22, 2019**. By necessity, this extension will impact all subsequent pretrial deadlines, as well as the calendar call and trial dates.

15. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the Parties nor unduly delay the proceedings in this matter.

16. In compliance with Local Rule 7.1(a)(2), a proposed Order accompanies this motion.

## CERTIFICATE OF GOOD FAITH CONFERENCE

This is a joint motion and the Parties are in agreement as to the relief requested herein.

Dated: February 5, 2019

Respectfully submitted,

| | |
|---|---|
| **ABIGAIL PRICE-WILLIAMS** <br> MIAMI-DADE COUNTY ATTORNEY <br> Stephen P. Clark Center <br> 111 N.W. 1st Street, Suite 2810 <br> Miami, Florida 33128 <br> By: s/ *Jennifer L. Hochstadt* <br> Jennifer L. Hochstadt (Fla. Bar No. 56035) <br> By: s/ *Joni A. Mosely* | Curt David Obront <br> Peter Joseph Mathews <br> Obront Corey, PLLC <br> 100 South Biscayne Blvd., Suite 800 <br> Miami, FL 33131 <br> Telephone: (305) 373-1040 <br> Fax: (305) 373-2040 <br> E-Mail: Curt@obrontcorey.com |

| | |
|---|---|
| Joni A. Mosely (Fla. Bar No. 668974) <br> Assistant County Attorneys <br> Telephone: (305) 375-5151 <br> Facsimile: (305) 375-5611 <br> E-Mail: hochsta@miamidade.gov <br> E-Mail: Joni.mosely@miamidade.gov <br> ***Attorneys for Defendants*** | E-Mail: pmathews@obrontcorey.com <br> ***Attorneys for Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, the foregoing document was filed with the Clerk of the Court using CM/ECF. The foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

 s/ *Jennifer L. Hochstadt*     s/ *Peter Joseph Mathews*
 Jennifer L. Hochstadt     Peter Joseph Mathews

## SERVICE LIST

*Kimmel v. Miami-Dade County, et al.*
Case No. 18-23366-RNS

United States District Court
Southern District of Florida

| | |
|---|---|
| Curt David Obront <br> Peter Joseph Mathews <br> Obront Corey, PLLC <br> 100 South Biscayne Blvd. <br> Suite 800 <br> Miami, FL 33131 <br> Tel: (305) 373-1040 <br> Fax: (305) 373-2040 <br> E-mail: Curt@obrontcorey.com <br> E-mail: pmathews@obrontcorey.com <br> Attorneys for Plaintiff <br> ***Served by Notice of Electronic Filing*** | Jennifer L. Hochstadt <br> Joni A. Mosely <br> Miami-Dade County Attorney's Office <br> Stephen P. Clark Center <br> 111 N.W. 1st Street, Suite 2810 <br> Miami, FL 33128 <br> Tel: (305) 375-5151 <br> Fax: (305) 375-5634 <br> E-mail: Hochsta@miamidade.gov <br> E-mail: joni.mosely@miamidade.gov <br> Attorneys for Defendants <br> ***Served by Notice of Electronic Filing*** |